**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
Caption in Compliance with D.N.J. LBR 9004-2(c)

**Order Filed on November 14, 2016**
**by Clerk**
**U.S. Bankruptcy Court**
**District of New Jersey**

In Re:

Sefer Kir

| | |
|---|---|
| Case Number: | 16-29235-CMG |
| Hearing Date: | |
| Judge: | Christine M. Gravelle |
| Chapter: | 13 |

Recommended Local Form:    ☒ Followed    ☐ Modified

# ORDER RE EXTENSION OF TIME
# TO FILE SCHEDULES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 14, 2016**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The court having noted the debtor's request to extend time to file schedules, and for good cause shown, it is

ORDERED that the debtor's request is:

☒ Granted. The deadline to file schedules is extended to _____11/21/16_____.

☐ Denied.

*Rev. 7/1/04; jml*

2

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 16-29235-CMG
Sefer Kir                                                       Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-3         User: admin            Page 1 of 1           Date Rcvd: Nov 15, 2016
                             Form ID: pdf903        Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 17, 2016.
db             +Sefer Kir,    505 Shore Road,    Union Beach, NJ 07735-3225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                   TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 15, 2016 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Patrick   Moscatello    on behalf of Debtor Sefer   Kir moscatellolaw3@comcast.net, moscatellolaw@comcast.net;moscatellolaw2@comcast.net
                                                                                                        TOTAL: 3