Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−29235−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sefer Kir
   505 Shore Road
   Union Beach, NJ 07735

Social Security No.:
   xxx−xx−6223

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date: 12/21/16
Time: 10:00 AM
Location: Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

     An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

     **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: November 21, 2016
JJW: pbf

                                 James J. Waldron
                                 Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 16-29235-CMG
Sefer Kir                                                                Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 21, 2016
                              Form ID: 132             Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db          +Sefer Kir,    505 Shore Road,    Union Beach, NJ 07735-3225
516510331    AT&T,    C/O Enhanced REcover Collections,    8018 Bayberry Road,    Jacksonville, FL 32256
516510332   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
             (address filed with court:   Capital One Bank USA,    15000 Capital One Drive,
               Richmond, VA 23238)
516510333    +CITI,    PO Box 6241,    Sioux Falls, SD 57117-6241
516485560     Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC 28272-1083
516510334    +Citibank,    C/O Midland Funding, LLC,    2365 Northside Drive, Suite 30,
               San Diego, CA 92108-2709
516436377    +KLM Law Group, PC,    216 Haddon Avenue, Suite 406,     Westmont, NJ 08108-2812
516510337    +Macys/DSNB,    9111 Duke Boulevard,    Mason, OH 45040-8999
516508940    +Navy Federal Credit Union,    PO Box 3700,    Merrifield, VA 22119-3700
516510341     Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Nov 22 2016 00:08:15    U.S. Attorney,   970 Broad St.,
               Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Nov 22 2016 00:08:12    United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
516510338      E-mail/Text: cms-bk@cms-collect.com Nov 22 2016 00:08:02    Capital Management Services, LP,
               698 1/2 South Ogden Street,    Buffalo, NY 14206-2317
516510335     +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 22 2016 00:11:23    Citibank NA,
               C/O Portfolio Recovery,    120 Corporate Boulevard, Suite 1,   Norfolk, VA 23502-4952
516510336      E-mail/Text: mrdiscen@discover.com Nov 22 2016 00:07:33    Discover Fin SVCS,   PO Box 15316,
               Wilmington, DE 19850
516498920      E-mail/Text: mrdiscen@discover.com Nov 22 2016 00:07:33    Discover Bank,
               Discover Products Inc,    PO Box 3025,   New Albany, OH 43054-3025
516510339     +E-mail/Text: bankruptcy@affglo.com Nov 22 2016 00:08:16    Global Credit & Collection Co,
               5440 N. Cumberlands Avenue,    Suite 300,   Chicago, IL 60656-1486
516436376      E-mail/Text: camanagement@mtb.com Nov 22 2016 00:08:03    M&T Bank,
               1 Fountain Plaza, Floor 4,    Buffalo, NY 14203
516467729     +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 22 2016 00:09:18    Navy Federal CU,   POB 3000,
               Merrifield, NJ 22119-3000
516510340     +E-mail/Text: ext_ebn_inbox@navyfederal.org Nov 22 2016 00:09:18    Navy Federal Credit Union,
               820 Follin Lane SE,    Vienna, VA 22180-4907
                                                                                              TOTAL: 10

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Patrick   Moscatello    on behalf of Debtor Sefer  Kir moscatellolaw3@comcast.net,
               moscatellolaw@comcast.net;moscatellolaw2@comcast.net
                                                                                             TOTAL: 3