

| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| --- | --- |
| In Re:<br><br> Sefer Kir | |

Case No.: _____ 16-29235 _____

Chapter: _____ 13 _____

Judge: _____ Christine M. Gravelle _____

## ORDER RESPECTING
## AMENDMENT TO SCHEDULE D, E/F, F, G, H
## OR LIST OF CREDITORS

The relief set forth on the following page is **ORDERED**.

Date: November 21,  2016

/s/ Christine M. Gravelle
Judge, United States Bankruptcy Court

The Court having noted that the debtor filed an Amendment to Schedule _____----_____
or to the List of Creditors on ___November 18, 2016___ that:

☐ Deletes a creditor or creditors
☐ Modifies a previously listed creditor or creditor information
☒ Adds a creditor or creditors
☐ Modifies the list of parties to contracts or leases
☐ Modifies the list of co-debtors

and for good cause shown, it is

ORDERED that the debtor must provide notice of the Amendment to the creditor(s) or party(s) who is being deleted or modified and to the trustee in the case, if any, not later than 14 days after the date of this Order.

It is further ORDERED that the debtor(s) must serve on added creditors, not later than 14 days after the date of this Order, the following:

1.    A copy of the applicable *Notice of Chapter* ___13___ *Bankruptcy Case,* and

2.    In a Chapter 11 case:
   a) a copy of the last modified plan and disclosure statement, if any, and
   b) a copy of any order approving the adequacy of the disclosure statement and/or the scheduling of the plan for confirmation.

3.    In a Chapter 12 or Chapter 13 case:
   a) a copy of the *Notice of Hearing on Confirmation of Plan*, if any, and
   b) a copy of the last modified plan that has been filed in the case.

It is further ORDERED that not later than 14 days after the date of this Order, the debtor(s) shall file the Local Form, *Certification of Service*, certifying compliance with the above requirements.

*rev.12/1/15*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 16-29235-CMG
Sefer Kir                                                                           Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Nov 21, 2016
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 23, 2016.
db              +Sefer Kir,    505 Shore Road,    Union Beach, NJ 07735-3225

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 23, 2016                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 21, 2016 at the address(es) listed below:
          Albert  Russo   docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Patrick  Moscatello   on behalf of Debtor Sefer  Kir moscatellolaw3@comcast.net,
           moscatellolaw@comcast.net;moscatellolaw2@comcast.net
                                                                                        TOTAL: 3