Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−29235−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Sefer Kir
   505 Shore Road
   Union Beach, NJ 07735

Social Security No.:
   xxx−xx−6223

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/3/17.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 3, 2017
JAN: bwj

                                        Jeanne Naughton
                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-29235-CMG
Sefer Kir                                                             Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: Feb 03, 2017
                              Form ID: 148             Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 05, 2017.
db          +Sefer Kir,    505 Shore Road,    Union Beach, NJ 07735-3225
516510331    AT&T,   C/O Enhanced REcover Collections,    8018 Bayberry Road,    Jacksonville, FL 32256
516510334   +Citibank,    C/O Midland Funding, LLC,    2365 Northside Drive, Suite 30,
             San Diego, CA 92108-2709
516436377   +KLM Law Group, PC,    216 Haddon Avenue, Suite 406,    Westmont, NJ 08108-2812
516513087    Lakeview Loan Servicing, LLC,    M&T Bank,   P.O. Box 840,    Buffalo, NY 14240-0840
516628510   +MIDLAND FUNDING LLC,    PO Box 2011,    Warren, MI 48090-2011
516508940   +Navy Federal Credit Union,    PO Box 3700,   Merrifield, VA 22119-3700
516510341    Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 03 2017 23:37:58     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 03 2017 23:37:55     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516510332       EDI: CAPITALONE.COM Feb 03 2017 23:13:00     Capital One Bank USA,   15000 Capital One Drive,
                 Richmond, VA 23238
516510333      +EDI: CITICORP.COM Feb 03 2017 23:13:00     CITI,   PO Box 6241,   Sioux Falls, SD 57117-6241
516510338       E-mail/Text: cms-bk@cms-collect.com Feb 03 2017 23:37:44     Capital Management Services, LP,
                 698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
516485560       EDI: CAPITALONE.COM Feb 03 2017 23:13:00     Capital One Bank (USA), N.A.,   PO Box 71083,
                 Charlotte, NC 28272-1083
516510335      +EDI: PRA.COM Feb 03 2017 23:13:00     Citibank NA,   C/O Portfolio Recovery,
                 120 Corporate Boulevard, Suite 1,   Norfolk, VA 23502-4952
516510336       EDI: DISCOVER.COM Feb 03 2017 23:13:00     Discover Fin SVCS,   PO Box 15316,
                 Wilmington, DE 19850
516498920       EDI: DISCOVER.COM Feb 03 2017 23:13:00     Discover Bank,   Discover Products Inc,
                 PO Box 3025,   New Albany, OH 43054-3025
516510339      +EDI: LEADINGEDGE.COM Feb 03 2017 23:13:00     Global Credit & Collection Co,
                 5440 N. Cumberlands Avenue,   Suite 300,   Chicago, IL 60656-1486
516577517       EDI: RESURGENT.COM Feb 03 2017 23:18:00     LVNV Funding, LLC its successors and assigns as,
                 assignee of Citibank, N.A.,   Resurgent Capital Services,   PO Box 10587,
                 Greenville, SC 29603-0587
516436376       E-mail/Text: camanagement@mtb.com Feb 03 2017 23:37:45     M&T Bank,
                 1 Fountain Plaza, Floor 4,   Buffalo, NY 14203
516510337      +EDI: TSYS2.COM Feb 03 2017 23:13:00     Macys/DSNB,   9111 Duke Boulevard,
                 Mason, OH 45040-8999
516467729      +EDI: NFCU.COM Feb 03 2017 23:18:00     Navy Federal CU,   POB 3000,   Merrifield, NJ 22119-3000
516510340      +EDI: NFCU.COM Feb 03 2017 23:18:00     Navy Federal Credit Union,   820 Follin Lane SE,
                 Vienna, VA 22180-4907
                                                                                              TOTAL: 15

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2017                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 3, 2017 at the address(es) listed below:
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor   LakeView Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-3           User: admin              Page 2 of 2              Date Rcvd: Feb 03, 2017
                               Form ID: 148             Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
           Patrick   Moscatello    on behalf of Debtor Sefer  Kir moscatellolaw3@comcast.net, moscatellolaw2@gmail.com;moscatellolaw2@comcast.net

                                                             TOTAL: 3